No. D–1070. IN RE DISBARMENT OF DUNN. It is ordered that Vincent Mosser Dunn, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for Interim Fees and Expenses granted, and the Special Master is awarded $429,457.39 to be paid in accordance with the allocation order filed by the Special Master on October 9, 1989. JUSTICE THOMAS took no part in the consideration or decision of this motion. [For earlier order herein, see, e. g., 498 U. S. 933.]

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $14,499.45 for the period December 1, 1990, through October 31, 1991, to be paid one-third by each party. [For earlier order herein, see, e. g., 501 U. S. 1277.]

No. 90–1974. SPARKS v. CHURCHILL DOWNS ET AL., ante, p. 953. A response to the rule to show cause has been filed. Petitioner is sanctioned in the amount of $1,000 to be paid to the Clerk of the Court on or before March 13, 1992. JUSTICE BLACKMUN and JUSTICE SOUTER dissent.

No. 91–497. MICHIGAN EMPLOYMENT SECURITY COMMISSION v. WOLVERINE RADIO CO., INC. C. A. 6th Cir.;
No. 91–689. CITIBANK, N. A. v. WELLS FARGO ASIA LTD. C. A. 2d Cir.; and
No. 91–707. LENNES, COMMISSIONER, DEPARTMENT OF LABOR AND INDUSTRY OF MINNESOTA, ET AL. v. BOISE CASCADE CORP. ET AL. C. A. 8th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–703. GUSTO RECORDS, INC., ET AL. v. THOMAS ET AL., ante, p. 984. Motions of Dominion Entertainment, Inc., and Rhino Records, Inc., for leave to file briefs as amici curiae granted.